UNITED STATES of America,
Plaintiff—Appellee,

v.

John A. McKNIGHT, Defendant—Appellant.

No. 06–30244.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Joshua A. Van De Wetering, Esq., Missoula, MT, for Plaintiff–Appellee.

John P. Rhodes, Esq., Missoula, MT, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

### MEMORANDUM **

John McKnight appeals the sentence imposed following the revocation of his supervised release. He contends that the district court violated his Sixth Amendment rights in imposing a prison term on the basis of facts neither admitted nor proved to a jury beyond a reasonable doubt. As McKnight concedes, this contention is foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220 (9th Cir. 2006). We therefore affirm his sentence.

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.